# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1405
Lower Tribunal No. 2015-CA-7726-O

_____

KIMBERLY ROYAL and TAMMY DICKERSON, individually and as Co-Personal Representatives of the ESTATE OF SHARON SHINKLE THURSTON and Co-Trustees of the SHARON SHINKLE THURSTON REVOCABLE TRUST,

Appellants,

v.

ALLISON CAMPBELL THURSTON, individually and as Personal Representative of the ESTATE OF WALLACE HOWARD THURSTON, the ESTATE OF WALLACE HOWARD THURSTON, WALLACE HOWARD THURSTON, JR., and DALE THURSTON,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Margaret H. Schreiber, Judge.

July 2, 2026

PER CURIAM.

We affirm the final order on appeal, which is the trial court's order entered on June 14, 2024 and entitled "Order Granting Plaintiffs' Motions to Vacate Court Order Extending Jurisdiction Dated April 18, 2024." This affirmance is without prejudice to Appellants seeking a ruling from the trial court on their motion for rehearing filed March 21, 2024 pertaining to the trial court's separate final order

entered on March 8, 2024 and entitled "Order Sustaining Plaintiffs' Joint Objection to Attorney Fee Hearing Scheduled for April 11, 2024." It does not appear that the trial court ever ruled on that motion for rehearing, which does not impede our adjudication of this appeal as the motion pertains to a different final order than the final order on appeal.

AFFIRMED.

STARGEL, MIZE and BROWNLEE, JJ., concur.


Lisa C. McCrystal and Margaret A. Wharton, of Wharton Law Group, P.A., Oviedo, for Appellants.

Nicholas P. McNamara and Rebecca Bowen Creed, of Creed & Gowdy, P.A., Jacksonville, for Appellee, Allison Campbell Thurston.

Alberto E. Lugo-Janer, Windermere, for Appellee, Dale Thurston.

No Appearance for Appellees, the Estate of Wallace Howard Thurston and Wallace Howard Thurston, Jr.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED

2